IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01143-JLK**

**DOLLY LAU,**

    Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Motion to Bifurcate Plaintiff's Breach of Contract Claim from Plaintiff's Bad Faith Claim (doc. #36), filed July 27, 2005, is **DENIED.**

Dated: July 28, 2005