IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 04-cv-01143-JLK

DOLLY LAU,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

## STIPULATION REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this __7th__ day of February, 2006.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____          _____
Attorney for Plaintiff                                              Attorney of Defendant