IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1143 (CBS)

DOLLY LAU,

Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, after having considered the parties' Stipulation for Dismissal with Prejudice, hereby Orders that this matter is dismissed with prejudice, each party to bear their own costs.

DATED: April 12_____, 2006.

BY THE COURT:

_____
DISTRICT COURT JUDGE